# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**ROBERT CHRIS CLEVELAND,**       :
                                  :
    Petitioner,   :
                                  :  Civil Action No. 7:05-cv-84 (HL)
v.                                :
                                  :
**RALPH KEMP, Warden, and**       :
**THURBERT BAKER, Atty General,** :
                                  :
    Respondents.  :
_____

## ORDER

On August 2, 2005, United States Magistrate Judge Richard L. Hodge entered a Recommendation in which he recommended that Thurbert Baker be dismissed as a respondent in this case. On August 15, 2005, Petitioner, Robert Chris Cleveland, filed a response to the Recommendation, in which he acknowledged that Thurbert Baker should be dismissed. There being no objection to the Recommendation, therefore, the same is accepted by the Court and Thurbert Baker is hereby dismissed with prejudice as a party respondent.

**SO ORDERED**, this the 9th day of September, 2005.

                                                  s/   Hugh Lawson
                                                **HUGH LAWSON, JUDGE**

mls