## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| **ROBERT CHRIS CLEVELAND,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| vs. | : | NO. 7:05-CV-84 (HL) |
| | : | |
| **RALPH KEMP, Warden** | : | |
| | : | |
| **Respondent.** | : | |
| | : | |
| | : | |

### O R D E R

Presently pending herein is the motion of the Commissioner of the Georgia Department of Corrections to intervene as a party respondent. As grounds therefor movant shows that the above named respondent is the warden of a private prison and not an employee of the State of Georgia who would normally be represented by the Attorney General of the State of Georgia in this attack on a State of Georgia conviction. Under theses circumstances, the court finds it appropriate to **GRANT** movant's motion to intervene as a party respondent so that this matter may be properly defended by the State of Georgia**.**

**SO ORDERED,** this 5th day of October 2005.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE