# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **ROBERT CHRIS CLEVELAND,** : | |
| : | |
| Petitioner, : | |
| : | Civil Action No. 7:05-cv-84 (HL) |
| v. : | |
| : | |
| **RALPH KEMP, Warden,** : | |
| : | |
| Respondents. : | |
| _____ | |

## ORDER

On September 29, 2005, Respondent, Ralph Kemp moved for dismissal [doc 9] of this 28 U.S.C. § 2254 petition, contending that it was untimely, in that it was not filed within the one-year limitations period set forth in 28 U.S.C. § 2244(d). Petitioner, Robert Chris Cleveland, responded to the Motion to Dismiss with a separate document requesting that his case be dismissed without prejudice. Cleveland's document was also docketed as a Motion to Dismiss [doc 14]. The Magistrate Judge, by Recommendation entered May 22, 2005, recommended that Petitioner's Motion be denied, Respondent's Motion be granted, and the matter be dismissed with prejudice. Cleveland has not filed objections with the Court.

As a general rule, dismissal of a § 2254 petition for failure to comply with the one-year statute of limitations constitutes an adjudication on the merits. Murray v. Greiner, 394 F.3d 78, 81 (2d Cir. 2005). Furthermore, "the dismissal of a suit as untimely is a dismissal on the merits, and so should ordinarily be made with prejudice, barring relitigation." Pavlovsky v. VanNatta, 431 F.3d 1063, 1064 (7th Cir. 2005). In view of the foregoing, the Court accepts the

Recommendation of the Magistrate Judge.  Petitioner's request that his case be dismissed without prejudice is denied; Respondent's Motion is granted; this case is hereby dismissed with prejudice.

**SO ORDERED**, this the 19th day of June, 2006.

s/   Hugh Lawson
**HUGH LAWSON, JUDGE**

mls